IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MAXIMILIAN THADEUS BOGACKI,**
     Plaintiff,

vs.                                   Case No:  3:07cv544/RS/MD

**PLAYGROUND INN,**
     Defendant.

_____

ORDER and
REPORT AND RECOMMENDATION

     This cause is before the court upon plaintiff's complaint (doc. 1), and motion to proceed *in forma pauperis* (doc. 2).  Good cause having been shown, leave to proceed *in forma pauperis* will be granted.  However, upon review of plaintiff's complaint, the court concludes that plaintiff has not presented and cannot present an actionable claim in this forum and that dismissal is therefore warranted.

     Plaintiff, a citizen of Fort Walton Beach, Florida, filed this suit on December 31, 2007.  Named as the sole defendant is the Playground Inn located in Fort Walton Beach, Florida.  Plaintiff's sole factual allegation is that he is unable to pay his rent (doc. 1, p. 3).  In the Statement of Claims section of the complaint form where plaintiff is directed to state what rights under the Constitution, laws, or treaties of the United States he claims have been violated, plaintiff states, "None.  The defendant told the plaintiff to stay put.  The Adventist Church, the Catholic Church and St. Vincent Paul somewhat calmed down the situation paying December's rent." (*Id.,* p. 4).  As relief, plaintiff seeks a job, demolition of the Playground Inn and relief from his indebtedness (*id.*).

     From a review of the complaint, the court can discern no basis for federal jurisdiction.  Plaintiff admits that there is no federal question.  *See* 28 U.S.C. § 1331.

There is no basis for diversity jurisdiction as there is no diversity of citizenship, and plaintiff fails to allege facts to suggest that the amount in controversy exceeds $75,000.  *See* 28 U.S.C. § 1332.  The United States is not a party to this case.  *See* 28 U.S.C. § 1346.

Accordingly, it is ORDERED:

Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED.

And it is respectfully RECOMMENDED:

That this cause be DISMISSED WITH PREJUDICE for lack of jurisdiction, and the clerk be directed to close the file.

At Pensacola, Florida this 3rd day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).