IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAXIMILIAN THADEUS BAGACKI,

        Plaintiff,

vs.                                          CASE NO. 3:07cv544/RS-MD

PLAYGROUND INN,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed with prejudice because of lack of jurisdiction.

3. The clerk is directed to close the file.

ORDERED on February 5, 2008.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**